UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-332-DLF |
| **KURON SCUTCHINGS** | : | |

## JOINT MOTION TO CONTINUE DEADLINES AND HEARING

Mr. Kuron Scutchings, through undersigned counsel, respectfully requests that this Honorable Court continue the existing deadlines on the motion to suppress (motion due 3/06/2026; response due 3/27/2026; reply due 4/03/2026), the motion to lift preventative detention (opposition due 3/13/2026; reply due 3/20/2026), and the motions hearings on March 26, 2026 and April 24, 2026, for 30 days. Since the appointment of new defense counsel, the parties have begun discussing a resolution short of trial. Furthermore, newly appointed defense counsel needs additional time to review the issues and discovery in this matter. The parties therefore request a continuance of approximately 30 days to continue engaging in negotiations and to allow defense counsel to get up to speed on the case. Mr. Scutchings does not object to continued tolling under the Speedy Trial Act.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Courtney Millian
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-332-DLF |
| **KURON SCUTCHINGS** | : | |

# ORDER

Upon consideration of the joint motion to continue and finding good cause, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the briefing deadlines are reset as follows:

    Motion to Suppress due April 6, 2026

    Response to Motion to Suppress due April 27, 2026

    Reply in Support of Motion to Suppress due May 4, 2026

    Opposition to Motion to Lift Preventative Detention due April 13, 2026

    Reply in Support of Motion to Lift Preventative Detention due April 20, 2026

ORDERED that the motions hearings in this case are reset for _____.

SIGNED and ENTERED this \_\_\_\_ day of _____ 2026.

_____
THE HONORABLE DABNEY L. FRIEDRICH